# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LESLIE WOOTON II[1], ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOE M. ALLBAUGH, Director, ) <br> ) <br> Respondent. ) | Case No. CIV-16-1387-M |

## ORDER

On April 4, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this matter be transferred to the Northern District of Oklahoma for further proceedings. Petitioner was advised of his right to file an objection to the Report and Recommendation by April 25, 2017. On April 11, 2017, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on April 4, 2017; and

(2) TRANSFERS this matter to the Northern District of Oklahoma for further proceedings.

**IT IS SO ORDERED this 13th day of April, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] In the court record, petitioner's name is entered as Richard Leslie Wooten, however, on petitioner's pleadings, petitioner refers to himself is Richard Leslie Wooton II; therefore, the Court DIRECTS the Court Clerk to change the spelling of petitioner's name to reflect petitioner's pleadings.